<pre>
Susan St. Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: 209-372-0241
</pre>

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOVERNMENT,<br><br>    Plaintiff,<br><br>vs.<br><br>DANIEL L. IVES,<br><br>    Defendant. | CASE: 6:12-MJ-0082-MJS<br><br>STIPULATION TO VACATE STATUS CONFERENCE AND SET FOR PLEA AND SENTENCE; AND ORDER THEREON<br><br>Court: U.S. District Court - Yosemite<br>Judge: Honorable Michael J. Seng |

On January 8, 2013, the Court ordered both parties to file any proposal for disposition of this matter without waiting six months for test results from Sacramento DOJ lab. On January 28, 2013, the parties entered into an plea agreement to resolve the matter with a change of plea to an amended charge. IT IS HEREBY STIPULATED by and between Susan St. Vincent, the acting legal officer for the National Park Service, Defendant, Daniel Ives, and his attorney of record, Andras Farkas, that the status conference in the above-captioned matter currently scheduled for February 5, 2013 be vacated, and the matter be set for Plea and Sentence on February 12, 2013, at 10:00 a.m.

Dated: January 28, 2013                /s/ Susan St. Vincent
                                                  Susan St. Vincent

Acting Legal Officer for
National Park Service

Dated: January 28, 2013                              /s/ Andras Farkas

Andras Farkas
Attorney for
Daniel L. Ives

\* \* \* ORDER \* \* \*

The Court, having reviewed the above request in case number 6:12-mj-82 to vacate the status conference, now set for February 5, 2013, and set the matter for entry of plea and sentencing on February 12, 2013, at 10:00 a.m., HEREBY ORDERS:

1. The status conference set for February 5, 2013, is vacated.
2. The above-captioned matter is now set for entry of plea and sentencing on February 12, 2013.

IT IS SO ORDERED.

Dated:   January 29, 2013                     /s/ *Michael J. Seng*
                                              UNITED STATES MAGISTRATE JUDGE